1  William A. Hanssen (Bar No. 110613)
   DRINKER BIDDLE & REATH LLP
2  333 South Grand Avenue, Suite 1650
   Los Angeles, CA 90071-1504
3  Telephone: (213) 253-2300
   Facsimile: (213) 253-2301
4

5  Attorneys for Plaintiff
   NAVIGATORS INSURANCE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  NAVIGATORS INSURANCE          Case No. 2:09-CV-03505 (VBF)(PLAx)
    COMPANY                       Honorable Valerie B. Fairbanks
12                                Courtroom 9
                  Plaintiff,        ORDER
13                                STIPULATION OF DISMISSAL
          v.                      WITH PREJUDICE
14
    DENNIS CHRONISTER as assignee
15  of Chapter 7 Trustee of the bankruptcy   Complaint Filed:  May 18, 2009
    estate of HiEnergy Technologies, Inc.
16
                  Defendant.
17
    DENNIS CHRONISTER as assignee
18  of Chapter 7 Trustee of the bankruptcy
    estate of HiEnergy Technologies, Inc.
19
                  Counterclaimant,
20
          v.
21
    NAVIGATORS INSURANCE
22  COMPANY
23                Counterdefendant.

24

25

26

27

28

LAW OFFICES
DRINKER BIDDLE &
REATH  LLP
Los Angeles, CA 90071

1    It is hereby stipulated and agreed by and between Plaintiff/Counterdefendant,

2  Navigators Insurance Company, and Defendant/Counterclaimant, Dennis Chronister

3  as assignee of Chapter 7 Trustee of the bankruptcy estate of HiEnergy Technologies,

4  Inc., that, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil of

5  Procedure, the above-entitled action be and hereby is dismissed, in its entirety, with

6  prejudice, with Plaintiff/Counterdefendant and Defendant/Counterclaimant to be

7  responsible for its and/or his own respective expenses, costs and attorneys' fees.

8

9  DATED:  November 1, 2010                  DRINKER BIDDLE & REATH LLP

10

11                                                   By:_____/s/ William A. Hanssen_____

12                                                          William A. Hanssen

13                                                          Attorneys for Plaintiff/Counter
                                                            Defendant
14                                                          NAVIGATORS INSURANCE
                                                            COMPANY

15

16  DATED:  November 1, 2010                  CATANZARITE LAW CORPORATION

17

18                                                   By: /s/ Nicole Catanzarite-Woodward

19                                                          Nicole Catanzarite-Woodward

20                                                          Attorneys for Defendant/Counter
                                                            Claimant
21                                                          DENNIS CHRONISTER

22

23

24              IT IS SO ORDERED.

25              DATED: November 5, 2010

26              _Valerie Baker Fairbank_____

27              UNITED STATES DISTRICT JUDGE

28

LAW OFFICES
DRINKER BIDDLE &
REATH  LLP
Los Angeles, CA 90071

STIPULATION OF DISMISSAL WITH PREJUDICE